FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Public Employees for Environmental Responsibility )
_____ )
                *Plaintiff*                       )
                                      )
                v.                         )     Civil Action No.
Bureau of Land Management               )
_____ )
                *Defendant*                )

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)*
                            United States Attorney General
                            950 Pennsylvania Ave, NW
                            Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
          Paula Dinerstein, PEER
          2000 P Street NW, Suite 240
          Washington, D.C. 20036

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                  *ANGELA D. CAESAR, CLERK OF COURT*

Date: _____                          _____
                                                            *Signature of Clerk or Deputy Clerk*