UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, <br><br> Plaintiff, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT <br><br> Defendant. | Civil Case No. 14-01001 (RJL) |

## AFFIDAVIT OF SERVICE

I, Laura Dumais, hereby declare that on August 15, 2014, I hand delivered a copy of the summons and complaint to the United States Attorney for the District of Columbia. Attached hereto is a copy of the summons showing the date of receipt and signature of the docket clerk.

Laura Dumais
Public Employees for Environmental Responsibility
2000 P Street, NW Suite 240
Washington, D.C. 20036
(202) 265-7337

1


Case 1:14-cv-01001-RJL Document 7 Filed 08/15/14 Page 2 of 2

Case 1:14-cv-01001-RJL Document 6 Filed 08/14/14 Page 1 of 1

FOIA Summons
1/13

2014 AUG 15 AM 9:17

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Public Employees for Environmental Responsibility )
_____ )
*Plaintiff* )
)
v. ) Civil Action No.
)
Bureau of Land Management )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    United States Attorney for the District of Columbia
    555 Fourth Street, NW
    Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Paula Dinerstein, PEER
    2000 P Street NW, Suite 240
    Washington, DC 20036

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 8/14/2014



/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*

RECEIVED
8/15/14
P. KYLE Docket Clerk