UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF LAND MANAGEMENT, )<br>)<br>Defendant. ) | Civil Action No. 14-1001 (RJL) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Bureau of Land Management, by counsel and with the consent of plaintiff, hereby moves for a thirty day extension of time to respond to the Complaint in this case. This motion is merited for the following reasons:

1. Defendants' response to the complaint in this case is to be filed on September 15, 2014, and undersigned counsel, having just been assigned this matter, has not yet received from defendant agency the material necessary to prepare this response.

2. Undersigned counsel has been in contact with counsel for defendant agency, and the agency is in the process of putting together the information needed to prepare a response to the complaint.

3. Granting the requested enlargement of time would allow undersigned counsel the opportunity to obtain the necessary information, and to prepare and file the appropriate response to Plaintiff's complaint.

4. Undersigned counsel spoke with plaintiff's counsel regarding this motion for extension of time and plaintiff's counsel graciously consents to thirty days for defendant to file its response to the complaint.

5. Granting the requested enlargement would be in the interests of justice, would not unduly prejudice the parties, and would assist in the efficient resolution of this matter.

Wherefore, defendants move that they be allowed to file their response to plaintiff's complaint on or before October 15, 2014.

Respectfully submitted,

RONALD C. MACHEN JR. Bar #447889
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

_____/s/_____
ALEXANDER D. SHOAIBI, DC Bar # 423587
Assistant United States Attorney
555 Fourth Street, N.W.
Room E-4218
Washington, D.C. 20530
(202) 252-2511
alexander.d.shoaibi@usdoj.gov

Counsel for the Defendant