UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>           Plaintiff,<br><br>     v.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 14-1001 (RJL)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR STAY**

Plaintiff Public Employees for Environmental Responsibility and Defendant Bureau of Land Management, by counsel, hereby move for a third and final thirty day stay of this case. This motion is merited for the following reasons:

   1. Defendant continues to process and release documents that are the subject of this case.

   2. Although a portion of the documents subject to the FOIA requests in this case require further review, defendant is confident that most if not all of these documents will be processed within the next thirty days. If the requests in this case cannot be resolved within the next thirty days, defendant will respond to plaintiff's complaint.

   3. Granting the requested enlargement would be in the interests of justice, would not prejudice either party, and would assist in the efficient resolution of this matter.

Wherefore, the parties move that this case be stayed until January 15, 2014.

    Respectfully submitted,

RONALD C. MACHEN JR. Bar #447889
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

_____/s/_____
ALEXANDER D. SHOAIBI, DC Bar # 423587
Assistant United States Attorney
555 Fourth Street, N.W.
Room E-4218
Washington, D.C. 20530
(202) 252-2511
alexander.d.shoaibi@usdoj.gov

Counsel for the Defendant

_____/s/_____
PAULA DINERSTEIN,   DC Bar #333971
LAURA DUMAIS, DC Bar Pending
Public Employees for Environmental Responsibility
2000 P Street, NW
Suite 240
Washington, D.C. 20036
(202) 265-7337