UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No: 14-01001 (RJL) |
| BUREAU OF LAND MANAGEMENT, | ) ) ) | |
| Defendant. | ) ) | |

## ANSWER

Defendant, the Bureau of Land Management (BLM), hereby answers Plaintiff's Complaint brought under the Freedom of Information Act (FOIA) as follows:

### FIRST DEFENSE

Defendant reserves the right to amend this Answer to assert any other matter that constitutes an avoidance or affirmative defense under Fed. R. Civ. P. 8(c).

### SECOND DEFENSE

Defendant denies each and every allegation contained in the Complaint except as hereinafter may be expressly admitted.

### INTRODUCTION

1. This paragraph states the purpose of Plaintiff's lawsuit to which no response is required.

2. The first clause of this paragraph is a conclusion of law to which no response is required. As to the remainder of this paragraph, the Defendant denies that it has failed to respond to Plaintiff's FOIA request dated February 14, 2014, and admits that it has not fully responded to Plaintiff's FOIA request dated April 18, 2014.

3. This paragraph allegedly summarize the requirements and purpose of the FOIA to which no response is required.   To the extent a response is required, the Defendant avers that the laws and other authorities governing the FOIA speak for themselves.

4. This paragraph describes the Plaintiff's organizational status and mission to which no response is required.   To the extent a response is required, the Defendant avers that it is without sufficient information to form a response.

5-6. These paragraphs summarize Plaintiff's FOIA requests to which no response is required. To the extent a response is required, the Defendant avers that the actual FOIA requests speak for themselves.

7. The Defendant denies the allegations in this paragraph.

8. This paragraph contains a conclusion of law and restates the alleged purpose of Plaintiff's lawsuit to which no response is required.

## JURISDICTION AND VENUE

9. This paragraph contains Plaintiff's allegations concerning jurisdiction to which no response is required.

10. This paragraph contains Plaintiff's allegations concerning the Court's authority to order declaratory relief to which no response is required.

11. This paragraph contains Plaintiff's allegations concerning venue to which no response is required.

12. This paragraph contains Plaintiff's allegations concerning the Court's authority to order costs and attorney's fees to which no response is required.

## PARTIES

13-15. These paragraphs consist of allegations concerning Plaintiff's organization and mission to

which the Defendant does not have sufficient information to form a response.

16. The Defendant admits that the Bureaus of Land Management is an agency of the United States of America.

17. The first sentence of this paragraph is a conclusion of law to which no response is required. To the extent a response is required, the Defendant admits that it is subject to the requirements of the FOIA. The Defendant denies the factual allegation in the second sentence and avers that the remainder of the second sentence is a conclusion of law to which no response is required.

## FACTS

18. The Defendant admit the allegations in this paragraph.

19. The Defendant admits the allegations in this paragraph.

20. The Defendant admits that it received a FOIA request from the Plaintiff dated February 14, 2014, and avers that the request speaks for itself.

21-22. These paragraphs allege the Plaintiff's goals in propounding its FOIA request to which Defendant does not have sufficient information to form a response.

23. Denied

24. The Defendant admits that more than twenty working days have passed since it received Plaintiff's FOIA request dated February 14, 2014, denies the remaining factual allegations in this paragraph, and avers that this paragraph states conclusions of law to which no response is required.

25. This paragraph states a conclusion of law to which no response is required.

26. This paragraph describes the relief sought by Plaintiff to which no response is required.

27. Admit.

28. Admit.

29. The Defendant admits the allegations in this paragraph with the exception of the word "many," which is vague and ambiguous and, therefore, Defendant is without sufficient information to respond.

30. Admit.

31-32. These paragraphs describes Plaintiff's FOIA request date April 18, 2014, to which Defendant avers that the actual request speaks for itself.

33-34. The paragraphs allege the purpose and impact of Plaintiff's FOIA request and Defendant does not have sufficient information to form a response.

35. The Defendant admits it has not yet produced records in response to Plaintiff's request and denies the balance of the allegations in this paragraph.

36. The Defendant admits that it has been more than twenty days since it received Plaintiff's FOIA request dated April 18, 2014, and denies the remaining allegations in this paragraph.

37. This paragraph asserts a conclusion of law to which no response is required.

38. This paragraph describes the relief sought by Plaintiff to which no response is required.

## CAUSE OF ACTION

39. This paragraph incorporates the allegations of the proceeding paragraphs to which no response is required.

40. Denied.

PRAYER FOR RELIEF

These paragraphs contain Plaintiff's request for relief to which no response is required.  To the extent a response is required, Defendant denies that the Plaintiff is entitled to the requested relief, or to any relief whatsoever.

        Respectfully submitted,

        RONALD C. MACHEN JR. Bar #447889
        United States Attorney
        for the District of Columbia

        DANIEL F. VAN HORN, D.C. Bar #924092
        Chief, Civil Division

        _____/s/_____
        ALEXANDER D. SHOAIBI, DC Bar # 423587
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Room E-4218
        Washington, D.C. 20530
        (202) 252-2511
        alexander.d.shoaibi@usdoj.gov

        Counsel for the Defendant